UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Joyce Vallone and Erasmus Igokor, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>The CJS Solutions Group, LLC d/b/a The HCI Group,<br><br>Defendant. | Civ. No. 19-1532 (PAM/DTS)<br><br><br><br><br>**ORDER** |

This matter is before the Court on the parties' renewed Stipulation for Entry of Final Judgment. (Docket No. 116.) This renewed Stipulation clarifies the parties' request for entry of judgment in this matter.

As a result of the Court's summary-judgment Order (Docket No. 110), Plaintiffs concede that they have suffered no damages attributable to their sole remaining claim. The Stipulation seeks the entry of judgment in Defendant's favor on this claim. The parties have established that they are entitled to the relief they seek.

Accordingly, **IT IS HEREBY ORDERED that** Plaintiffs' Complaint (Docket No. 1) is **DISMISSED with prejudice** and judgment entered in favor of Defendant on all claims.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   August 10, 2020            *s/Paul A. Magnuson*
                                    Paul A. Magnuson
                                    United States District Court Judge