# UNITED STATES DISTRICT COURT
## District of Minnesota

Joyce Vallone, Erasmus Ikogor

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

v.

Case Number: 19-cv-01532-PAM-DTS

CJS Solutions Group, LLC, The

Defendant.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Plaintiffs' Complaint (Docket No. 1) is **DISMISSED with prejudice** and judgment entered

in favor of Defendant on all claims.

Date: 8/11/2020

KATE M. FOGARTY, CLERK